UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENVER PATTERSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No. 06-1170 (GK)** |
| : | |
| **UNITED STATES** : | |
| **GOVERNMENT** : | |
| : | |
| **Defendant.** : | |

### O R D E R

On June 26, 2006, Plaintiff filed its Complaint against Defendant United States Government.  To date, Plaintiff has failed to effect service on Defendant or take any other action to move the above-captioned case forward.  When, as here,

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice...or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, it is hereby

**ORDERED** that Plaintiff show cause no later than **December 15, 2006,** why the Complaint should not be dismissed for failure to prosecute.

November 30, 2006

/s/
GLADYS KESSLER
United States District Judge

**Copies to**: attorneys on record via ECF

**DENVER PATTERSON**
**1555 San Simeon Creek Road**
**Cambria, CA 93428**