UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**DENVER PATTERSON**,                    :
                                        :
      **Plaintiff**,                      :
                                        :
  v.                                    :    Civil Action No. 06-1170 (GK)
                                        :
**UNITED STATES**                        :
**GOVERNMENT**                           :
                                        :
      **Defendant**.                     :
_____:

## O R D E R

On June 26, 2006, Plaintiff filed this pro se action against Defendant United States Government. Plaintiff has failed to effect service on Defendant or take any other action to move the above-captioned case forward.

On November 30, 2006, this Court Ordered Plaintiff to Show Cause, no later than December 15, 2006, why the Complaint should not be dismissed for failure to prosecute. To date, Plaintiff has failed to respond to the Show Cause Order.

Accordingly, it is hereby

**ORDERED** that the Complaint is **dismissed** without prejudice.

February 15, 2007
                           /s/
                           GLADYS KESSLER
                           United States District Judge

**Copies to**: attorneys on record via ECF

**DENVER PATTERSON**
**1555 San Simeon Creek Road**
**Cambria, CA 93428**